| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Alley, Frank R. | 2. Court or Organization  U. S. Bankruptcy Court, District of Oregon | 3. Date of Report  06/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  [ ] Nomination    Date  [ ] Initial   [✓] Annual   [ ] Final  5b. [ ] Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
405 E. 8th Ave.
Suite 2600
Eugene, OR 97401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust created 12/2003 |
| 2. | Partner | Laurel St. Land. Co., Medford, OR |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank R. | 06/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon Sate Bar | 4/30/15-5/2/15 | Portland, OR | Educational Program (faculty) | travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual Bank or successor (JPMorgan Chase) | Mortgage on Laurel St. Land property, Medford, OR | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank R. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Umpqua Bank Savings | A | Int./Div. | J | T | | | | | |
| 2. Umpqua Bank Checking | | None | J | T | | | | | |
| 3. Umpqua Bank Money Market | A | Int./Div. | K | T | | | | | |
| 4. US Bank Money Market/Checking | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Mutual Cap. Appreciation Fund | A | Distribution | | | Buy (add'l) | 06/23/15 | J | | |
| 6. | | | | | Sold | 12/09/15 | J | | |
| 7. Fidelity Adv.Diversified Fund | B | Distribution | N | T | Buy (add'l) | 06/23/15 | J | | |
| 8. | | | | | Sold (part) | 12/23/15 | J | | |
| 9. First Americn Equity Income Fund | B | Dividend | M | T | | | | | |
| 10. First Americn Midcap Growth | A | Dividend | M | T | | | | | |
| 11. First American High Income (Bond) | E | Int./Div. | N | T | | | | | |
| 12. T Rowe Price Midcap Growth | B | Dividend | M | T | | | | | |
| 13. T Rowe Price Int'l Growth | B | Dividend | L | T | | | | | |
| 14. Alliant Energy Corp. | A | Dividend | J | T | | | | | |
| 15. American Electrical Power Corp. | A | Dividend | J | T | | | | | |
| 16. Chevron Corp. | A | Dividend | K | T | | | | | |
| 17. Conoco Phillips Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Duke Energyu Corp. | A | Dividend | J | T | | | | | |
| 19. Exxon Mobil corp. | A | Dividend | K | T | | | | | |
| 20. Johnson Controls | A | Dividend | J | T | | | | | |
| 21. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 22. Marathon Oil Corp. | A | Dividend | K | T | | | | | |
| 23. McDonalds Dorp. | A | Dividend | K | T | | | | | |
| 24. Pepsico | A | Dividend | K | T | | | | | |
| 25. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 26. 3M Corp. | A | Dividend | K | T | | | | | |
| 27. United Parcel Service | A | Dividend | K | T | | | | | |
| 28. Waste Management Corp. | B | Dividend | K | T | | | | | |
| 29. US Treasury Bond | B | Interest | K | T | | | | | |
| 30. Boeing Capital Corp Bond | B | Interest | K | T | | | | | |
| 31. US treasury Note 8/15/12 | B | Interest | K | T | | | | | |
| 32. Bank of America Note | B | Interest | K | T | | | | | |
| 33. Goldman Sachs Group note | B | Interest | K | T | | | | | |
| 34. Royal Bank of Scotlandf | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank R. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FLHMC | A | Interest | K | T | | | | | |
| 36. Metlife Inc. Note | B | Interest | K | T | | | | | |
| 37. Excide Technologies Warrant | A | Interest | J | T | | | | | |
| 38. First America Prime Money Market | D | Interest | O | T | | | | | |
| 39. Nuveen Inflation Pro Fixed Income Fund | C | Interest | L | T | | | | | |
| 40. Oppenheimer Com. Fixed Income | C | Dividend | L | T | | | | | |
| 41. Pimco Total Return Fund | D | Interest | K | T | | | | | |
| 42. Nuveen Large Cap Growth FundVanguard Equity Income Fund (See note) | A | Int./Div. | M | T | Matured (part) | 12/16/15 | J | D | |
| 43. Vanguard Equity Income Income | A | Dividend | J | T | | | | | |
| 44. | | | | | Matured (part) | 12/18/15 | J | B | |
| 45. Aberdeen FDS Emerging Markets (seenote) | A | Dividend | K | T | Sold (part) | 12/18/15 | J | | |
| 46. Vanguard Total Stock Mkt Indx Signal | A | Dividend | | | Sold | 06/23/15 | L | C | |
| 47. Vanguard Total Stock Mkt Idx Adm | A | Dividend | L | T | | | | | |
| 48. Oppenheimer Dev. Markets | A | Dividend | | | Sold (part) | 06/23/15 | K | C | |
| 49. | | | | | Sold | 12/23/15 | J | | |
| 50. First American Prime Oblig Fund CI Y FAIXX | A | Dividend | | | Buy | 01/31/15 | M | | |
| 51. | | | | | Sold | 12/31/15 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Europacific Growth AEPFX | A | Dividend | | | Buy | 06/23/15 | J | | |
| 53. | | | | | Sold | 12/23/15 | J | | |
| 54. Cambiar Intl Equity #1209 CAMYX | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 55. | | | | | Matured (part) | 12/18/15 | J | A | |
| 56. Db X Trackers Hedged Eq. DBEF | A | Dividend | | | Buy | 06/25/15 | J | | |
| 57. | | | | | Sold | 12/22/15 | J | | |
| 58. Nuveen Dividend Value FAQIX | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 59. | | | | | Matured (part) | 12/16/15 | J | A | |
| 60. Nuveen Santa Barbara Div Growth NSBRX | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 61. | | | | | Matured (part) | 12/16/15 | J | | |
| 62. T Rowe Price Blue Chip Growth TRBCX | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 63. | | | | | Matured (part) | 12/15/15 | J | A | |
| 64. TFS Market Neutral fund TFSMX | A | Dividend | K | T | Buy | 06/23/15 | J | | |
| 65. | | | | | Matured (part) | 12/23/15 | J | A | |
| 66. Nuveen High Yield Muni Bond NHMRX | A | Dividend | M | T | Buy | 12/18/15 | M | | |
| 67. | | | | | Sold (part) | 12/23/15 | J | A | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank R. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust 11/03 (filer is trustee) | | | | | | | | | |
| 70. Pacific Continental Bank | A | Int./Div. | J | T | | | | | |
| 71. Stored furniture, etc. | | None | J | W | | | | | |
| 72. | | | | | | | | | |
| 73. Amertitrade Account: | | | | | | | | | |
| 74. Willis group | A | Dividend | J | T | | | | | |
| 75. Halyard Health | A | Dividend | J | T | | | | | |
| 76. ITT Corp | A | Dividend | J | T | | | | | |
| 77. International Paper | A | Dividend | J | T | | | | | |
| 78. Kimberly Clark | A | Dividend | J | T | | | | | |
| 79. Kroger Co. | A | Dividend | J | T | | | | | |
| 80. Mylan, Inc/ | A | Dividend | J | T | | | | | |
| 81. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 82. Rio Tinto PLC ADR | A | Dividend | J | T | | | | | |
| 83. Vectrus inc. | A | Dividend | J | T | | | | | |
| 84. VISA Inc | A | Dividend | J | T | | | | | |
| 85. Xylem, Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank R. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank R. | 06/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions: The family trust referred to has ben fully adminstered. The only remianing assets are my parent's furniture and personal effects, which are of negligible value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank R. Alley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544